Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. MS06-90-RSM-MAT |
| Petitioner, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] |
| ) | ORDER EXTENDING |
| ELLEN M. RYAN, ) | SERVICE DEADLINE |
| ) | |
| Respondent. ) | |

The United States' Motion to Extend Service Deadline is GRANTED. The service deadline is hereby extended to the <u>17th</u> day of <u>July</u>, 2006.

DATED this <u>16th</u> day of <u>June</u>, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

ORDER EXTENDING SERVICE DEADLINE - 1
[MS06-90-RSM-MAT]

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington, and is a person of such age and discretion as to be competent to serve papers.

That, on June 15, 2006, she electronically filed the foregoing document(s), Order Extending Service Deadline, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

-0-

That on June 15, 2006, she caused a copy of this Order Extending Service Deadline, to be served upon the individual hereinafter named by first class mail, postage prepaid as follows:

**Ellen M. Ryan**
**3208 NW 70th Street**
**Seattle, Washington 98117-6129**

Dated this 15th day of June, 2006.

s/Lisa M. Lindquist
LISA M. LINDQUIST
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Facsimile: (206) 553-4073
E-mail: Lisa.Lindquist@usdoj.gov

ORDER EXTENDING SERVICE DEADLINE - 2
[MS06-90-RSM-MAT]

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970